175 So.2d 108

**The PATENT SCAFFOLDING CO., Inc.**

v.

**The ROSS CORPORATION et al.**

No. 47689.

May 26, 1965.

In re: Patent Scaffolding Co., Inc. applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 172 So.2d 364.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

175 So.2d 108

**Donald N. ROGERS**

v.

**Virgil WILLIAMS et al.**

No. 47697.

May 26, 1965.

In re: Donald N. Rogers applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 172 So.2d 149.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.